NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAKEYSHA ISAAC,**
*Petitioner-Appellant,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2013-5075

---

Appeal from the United States Court of Federal Claims in No. 08-VV-0601, Judge Marian Blank Horn.

---

**JUDGMENT**

---

CLIFFORD J. SHOEMAKER, Shoemaker, Gentry & Knickelbein, of Vienna, Virginia, argued for petitioner-appellant.

LISA A. WATTS, Senior Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, RUPA BHATTACHARYYA, Director,

VINCENT J. MATANOSKI, Deputy Director, and CATHARINE E. REEVES, Assistant Director.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 8, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |